

FILED
CLERK, U.S. DISTRICT COURT
MAR - 5 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA CLANCY AHEARN, | Case No. CV 07-1452-AHS (RNB) |
| Plaintiff, vs. | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| REDONDO BEACH POLICE DEPARTMENT, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge filed on January 15, 2008. No objections to the Report and Recommendation were filed within the time allotted. However, defendants did file an Answer to the Second Amended Complaint on January 23, 2008, thereby mooting one of the Magistrate Judge's recommendations. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

//
//
//
//

1

IT THEREFORE IS ORDERED that defendants' motion to dismiss plaintiff's third claim (conspiracy) is granted without leave to amend; and that summary judgment is granted in favor of defendants with respect to plaintiff's sixth, seventh, eighth, ninth, and tenth government tort claims.

DATED:  MAR 5 2008

ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE