I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL Plaintiff (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 3/18/09

DEPUTY CLERK

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR 18 2009
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

"O"

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
MAR 18 2009
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA CLANCY AHEARN,<br><br>Plaintiff,<br><br>vs.<br><br>REDONDO BEACH POLICE DEP'T, et al.,<br><br>Defendants. | Case No. CV 07-1452-AHS (RNB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed all the records and files herein, and the Repot and Recommendation of the United States Magistrate Judge. On March 9, 2009, the last date of the objections period, plaintiff submitted for filing a one-page document captioned "Plaintiff's Opposition to Defendant's Request to Dismiss Plaintiff's Civil Rights Complaint and the Court's Recommendation to Grant Said Dismissal," which the Court construes as her objections to the Report and Recommendation herein. Plaintiff asserted, without elaborating, that her opposition was based on the fact that her "rights have been violated, [and] the opposing counsel has committed fraud in pursuit of their defense," and that "[p]laintiff's civil rights complaint should not be dismissed based on the merits of the case." Thus, plaintiff's objections are directed to the Magistrate Judge's recommendation of dismissal, but are not really responsive to any of the Magistrate Judge's underlying findings or conclusions. In any event, having made a de novo determination of those portions of the Report and

1 | Recommendation to which objections have been made, the Court concurs with and adopts
2 | the findings, conclusions and recommendations of the Magistrate Judge.
3 |      IT THEREFORE IS ORDERED that (1) defendants' Motion for
4 | Terminating/Dismissal, Monetary, Evidence, and/or Issue Sanctions is granted; and (2)
5 | Judgment be entered dismissing this action with prejudice, pursuant to Fed. R. Civ. P.
6 | 37(b)(2).

DATED: MAR 17 2009

ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE