JS-6
Entered

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ plaintiff (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 3/18/09

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAR 18 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA CLANCY AHEARN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>REDONDO BEACH POLICE DEP'T, et al.,<br><br>　　　　Defendants. | Case No. CV 07-1452-AHS (RNB)<br><br>**J U D G M E N T** |

In accordance with the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice, pursuant to Fed. R. Civ. P. 37(b)(2).

DATED: MAR 17 2009

_____
ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE